Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
BETTY UNCANGCO

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BETTY UNCANGCO,<br>      Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br>      Defendant | Case No.: 2:14-cv-00824-APG-PAL<br><br>UNOPPOSED MOTION TO AMEND AND EXTEND BRIEFING SCHEDULE |

Plaintiff Betty Uncangco ("Plaintiff") and defendant Carolyn Colvin, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Reversal and/or Remand to March 5, 2015; and that Defendant shall have until April 3, 2015, to file her opposition, if any is forthcoming.  Any reply by plaintiff will be due April 23, 2015.

1  A second extension of time for plaintiff is needed in order to properly
2  address the issues within the administrative record in this matter.  Counsel
3  sincerely apologizes to the court for any inconvenience this may have had upon it
4  or its staff.
5  Counsel for defendant has indicated, via e-mail, that this motion to extend
6  the time to file is not opposed.

7  DATE: January 27, 2015          Respectfully submitted,

8                                  ROHLFING & KALAGIAN, LLP

9                                       /s/ *Marc V. Kalagian*
10                             BY:_____
                                    Marc V. Kalagian
11                                  Attorney for plaintiff BETTY UNCANGCO

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 2, 2015

-2-