UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BETTY C. UNCANGCO,<br><br>        Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br><br>        Defendant. | Case No. 2:14-cv-00824-APG-PAL<br><br>**ORDER ON REPORT AND RECOMMENDATION**<br><br>(ECF Nos. 21, 23, 28) |

On September 30, 2016, Magistrate Judge Leen entered a report and recommendation that I (1) deny plaintiff Betty Uncangco's motion to remand and (2) grant defendant Carolyn Colvin's motion to affirm. Uncangco did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I nevertheless reviewed the report and recommendation. 28 U.S.C. § 636(b)(1). Judge Leen sets forth the proper legal analysis and factual basis for the decision.

IT IS THEREFORE ORDERED that Judge Leen's report and recommendation (ECF No. 28) is accepted, plaintiff Betty Uncangco's motion to remand (ECF No. 21) is DENIED, and defendant Carolyn Colvin's motion to affirm (ECF No. 23) is GRANTED.

IT IS FURTHER ORDERED that the clerk of court shall enter judgment in favor of defendant Carolyn W. Colvin and against plaintiff Betty Uncangco.

DATED this 3rd day of November, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE